17661. FRANKLIN *et al.,* executors, *v.* COLT COMPANY.

BROYLES, C. J. Under the facts of the case it does not appear that the judge abused his discretion in reinstating it after it had been dismissed for want of prosecution at the same term of the court.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED DECEMBER 14, 1926.

Complaint; from Butts superior court—Judge Persons. August 7, 1926.

*C. L. Redman,* for plaintiffs in error. *Beck & Beck,* contra.

Appeal and Error, 4 C. J. p. 830, n. 41.
Dismissal and Nonsuit, 18 C. J. p. 1209, n. 53, 55.

---

17662. MARYLAND CASUALTY COMPANY *et al. v.* TURK.

LUKE, J. This court can not say in this case that there is no evidence to support the finding of the industrial commission upon the issues presented; and the judgment of the superior court, approving the award, must be

*Affirmed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED DECEMBER 14, 1926.

Appeal; from Jefferson superior court—Judge Hardeman. August 16, 1926.

*W. J. Welsh, O. W. Russell,* for plaintiff in error.

*Earl Norman,* contra.

Workmen's Compensation Acts, C. J. p. 126, n. 75 New.